*exhibit 1*

## Hawthorne, David CIV (US)

**From:** Katie_Gibson@alnd.uscourts.gov on behalf of haikala_chambers@alnd.uscourts.gov
**Sent:** Friday, May 04, 2018 3:55 PM
**To:** KATHLEEN ORAM
**Cc:** ALYSIA FRANKLIN; CAROL MIASKOFF; COLLEEN ADAMS JACKSON; Hawthorne, David CIV (US); emanuel.smith@eeoc.gov; GERALD MILLER; GINA PEARSON; haikala_chambers@alnd.uscourts.gov; Katie_Gibson@alnd.uscourts.gov; Margaret.marshall@usdoj.gov; MARSHA L. RUCKER; sarah.blutter@usdoj.gov; Sarah.Wilson2@usdoj.gov; Thomas.Borton@usdoj.gov
**Subject:** RE: 5:18-mc-00689-MHH:  Hawthorne v. EEOC, et al. (motion for emergency injunctive relief)

Dear Ms. Oram,

Thank you for your email.  The EEOC may make its arguments to the Court during the hearing on Monday afternoon.

Sincerely,

Katie

---

**From:** KATHLEEN ORAM <KATHLEEN.ORAM@EEOC.GOV>
**To:** "haikala_chambers@alnd.uscourts.gov" <haikala_chambers@alnd.uscourts.gov>, "david.hawthorne8.civ@mail.mil" <david.hawthorne8.civ@mail.mil>, "sarah.blutter@usdoj.gov" <sarah.blutter@usdoj.gov>, "Sarah.Wilson2@usdoj.gov" <Sarah.Wilson2@usdoj.gov>, "Margaret.marshall@usdoj.gov" <Margaret.marshall@usdoj.gov>, "Thomas.Borton@usdoj.gov" <Thomas.Borton@usdoj.gov>, ALYSIA FRANKLIN <ALYSIA.FRANKLIN@EEOC.GOV>, "MARSHA L. RUCKER" <MARSHA.RUCKER@EEOC.GOV>, GERALD MILLER <GERALD.MILLER@EEOC.GOV>, "emanuel.smith@eeoc.gov" <emanuel.smith@eeoc.gov>, GINA PEARSON <GINA.PEARSON@EEOC.GOV>, "Katie_Gibson@alnd.uscourts.gov" <Katie_Gibson@alnd.uscourts.gov>
**Cc:** COLLEEN ADAMS JACKSON <COLLEEN.JACKSON@EEOC.GOV>, "MARSHA L. RUCKER" <MARSHA.RUCKER@EEOC.GOV>, CAROL MIASKOFF <CAROL.MIASKOFF@EEOC.GOV>
**Date:** 05/04/2018 03:47 PM
**Subject:** RE: 5:18-mc-00689-MHH:  Hawthorne v. EEOC, et al. (motion for emergency injunctive relief)

---

Ms. Gibson,

I am an attorney in the Office of Legal Counsel at EEOC, and was just made aware of your request.  EEOC has not been served with this matter—we found it in Courtlink.  The plaintiff appears to be an employee or former employee of the Department of the Army who filed a complaint of discrimination against the Army under EEOC's administrative federal sector EEO procedures and who is dissatisfied with the outcome of that process.  We receive many complaints by plaintiffs who are dissatisfied and who seek redress through the federal courts.  These cases against EEOC are uniformly dismissed for lack of subject matter jurisdiction and/or failure to state a claim because such complainants have the right

to pursue their claims de novo in federal court. We respectfully question why this case is being treated by the court as possibly suitable for emergency injunctive relief. We will be happy to work with the U.S. Attorney's office to file appropriate motions.

Kathy Oram

From: Katie_Gibson@alnd.uscourts.gov [mailto:Katie_Gibson@alnd.uscourts.gov <mailto:Katie_Gibson@alnd.uscourts.gov> ] On Behalf Of haikala_chambers@alnd.uscourts.gov
Sent: Friday, May 04, 2018 3:09 PM
To: david.hawthorne8.civ@mail.mil; sarah.blutter@usdoj.gov; Sarah.Wilson2@usdoj.gov; Margaret.marshall@usdoj.gov; Thomas.Borton@usdoj.gov; ALYSIA FRANKLIN <ALYSIA.FRANKLIN@EEOC.GOV>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; GERALD MILLER <GERALD.MILLER@EEOC.GOV>; emanuel.smith@eeoc.gov; GINA PEARSON <GINA.PEARSON@EEOC.GOV>
Subject: 5:18-mc-00689-MHH: Hawthorne v. EEOC, et al. (motion for emergency injunctive relief)
Importance: High

Good afternoon, Mr. Hawthorne and Counsel.

The Court has reviewed Mr. Hawthorne's motion for emergency injunctive relief in this action. (Doc. 1). The Court would like to set a hearing on the motion. Please advise whether you are available for a hearing at 4:30 p.m. on Monday, May 7 at the Huntsville federal courthouse.

If counsel for the EEOC and the Secretary of the Army will not represent these parties in this action, will you please forward this message to appropriate counsel?

Thank you,

Katie


    Katie Gibson
Law Clerk to the Honorable Madeline H. Haikala United States District Court Northern District of Alabama Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203