Exhibit 2

| | |
|---|---|
| David Hawthorne<br>   Appellant | DA Docket# ARREDSTON17MAY01829 |
| v. | OFO Docket# 0520180324 |
| Mark T. Esper, Secretary<br>Department of the Army | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, **the agency brief was requesting cancellation of appeal due to civil action via EEOC FedSEP** to the Equal Employment Opportunity Commission, Officer of Federal Operations (EEOC-OFO). In addition, I hereby certify that a copy of the agency comments to EEOC-OFO is furnished to the following parties:

**First Class Mail:**
David Hawthorne
974 Bell Factory Road
Huntsville, AL 35811

**Electronic Mail:**
U.S. Army Garrison – Redstone Arsenal
EEO Office/IMRE-EE/Jennifer Thompson, EEOO
Building 3457 Aerobee Road, Room 103
Redstone, AL 35898-0001
jennifer.s.thompson.civ@mail.mil

U.S. Army Aviation and Missile Command
Office of the Staff Judge Advocate
AMC Legal Center - Redstone Arsenal
Sparkman Center, Building 5300, Room 5462
ATTN: AMSAM-L-G-G (Scott Frye)
Redstone Arsenal, AL 35898
brian.s.frye.civ@mail.mil

Date: 5/4/2018

_____
EEO Specialist

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
OFFICE OF FEDERAL OPERATIONS
P.O. BOX 77960
WASHINGTON, DC 20013

**DAVID HAWTHORNE**              **OFO Number: 0520180324**

**v.**

Army Docket Number:

**ARREDSTON17MAY01829**

**MARK T. ESPER, Secretary of the Army**

## REQUEST CANCELLATION OF APPEAL – CIVIL ACTION FILED

Attached copy of civil action on David Hawthorne; request cancellation of appeal.

Respectfully Submitted,

Tish Ash, EEO Specialist