Exhibit 3



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P.O. Box 77960
Washington, DC 20013

May 10, 2018

David Hawthorne
P.O. Box 2054
Madison, AL 35758

    Re:                Hawthorne v. Department of the Army
    EEOC Request No.  0520180324
    Agency Case No.   ARREDSTON17MAY01829

Dear Mr. Hawthorne:

The record listed under the above referenced docket number is being closed because you requested withdrawal of the request.

                                  FOR THE COMMISSION:

                                  Carlton M. Hadden, Director
                                Office of Federal Operations