*Exhibit 4*

# Hawthorne, David CIV (US)

**From:** OFOEEOC <OFO.EEOC@EEOC.GOV>
**Sent:** Thursday, April 12, 2018 10:56 AM
**To:** Hawthorne, David CIV (US)
**Subject:** RE: [Non-DoD Source] RE: EEOC OFO agency decision Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813

Mr. Hawthorne,

We are in receipt of your April 11th email and request for reconsideration of the Commission's decision in Appeal No. 0120172813. Your request has been docketed as Request No. 0520180324. You will receive a written acknowledgment letter containing the docketing information. As we previously stated, the reviewing attorney will make a determination regarding the timeliness of the filing of the request when the case is assigned. Thank you for your submission.

Attorney of the Day
Office of Federal Operations
EEOC

-----Original Message-----
From: Hawthorne, David CIV (US) [mailto:david.hawthorne8.civ@mail.mil]
Sent: Wednesday, April 11, 2018 5:09 PM
To: OFOEEOC <OFO.EEOC@EEOC.GOV>
Subject: RE: [Non-DoD Source] RE: EEOC OFO agency decision Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813

Hello,
Attached is my brief and request for Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813

Humbly, I am asking this commission to please accept the email from yesterday as the first date I received the commission decision and allow me to submit my brief response and request for reconsideration today.

The date of 10/10/2018 is the 1st day I saw and read the commission decision. I have no idea what happen but I've been looking each and every day for yesterday's decision and only email the commission yesterday to ask if there was a website I could go to check the status.

Based on the brief attach I ask that this commission remand this case back to the Agency for official investigation (ROI) because I do not think the commission can make a sound decision without all the facts and the commission cannot have all the facts without an investigation of the claims omitted and those present as they were originally claimed/written. If the commission is going to dismiss the complaint it will still do so but at least the commission will have all the facts with an official investigation.

Respectfully,
David Hawthorne, DML
Juris Doctor (J.D.) candidate
first year law student
Phone: 256-955-7948

1

david.hawthorne8.civ@mail.mil

Leadership:
The ultimate measure of leadership is
not where [a leader] stands in the moment of comfort and convenience, but where [a leader] stands in times of challenge and controversy ... Dr. Martin Luther King, Jr.


-----Original Message-----
From: Hawthorne, David CIV (US)
Sent: Wednesday, April 11, 2018 9:44 AM
To: 'OFOEEOC' <OFO.EEOC@EEOC.GOV>; 'ofo.extentions@eeoc.gov' <ofo.extentions@eeoc.gov>
Subject: RE: [Non-DoD Source] RE: EEOC OFO agency decision Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813

Ok I will submit a brief for reconsideration of OFO decision on Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813 NLT Monday 16, 2018. Thank you.

Respectfully,
David Hawthorne

Leadership:
The ultimate measure of leadership is
not where [a leader] stands in the moment of comfort and convenience, but where [a leader] stands in times of challenge and controversy ... Dr. Martin Luther King, Jr.


-----Original Message-----
From: OFOEEOC [mailto:OFO.EEOC@EEOC.GOV]
Sent: Wednesday, April 11, 2018 9:39 AM
To: Hawthorne, David CIV (US) <david.hawthorne8.civ@mail.mil>
Subject: RE: [Non-DoD Source] RE: EEOC OFO agency decision Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813

Mr. Hawthorne,

We cannot make any determination regarding the timeliness of any request for reconsideration you would file. You are certainly free to submit your request on Monday and the reviewing attorney will make a determination based on the arguments presented as to whether the request is timely.

Attorney of the Day
Office of Federal Operations
EEOC

-----Original Message-----
From: Hawthorne, David CIV (US) [mailto:david.hawthorne8.civ@mail.mil]
Sent: Wednesday, April 11, 2018 10:20 AM
To: OFOEEOC <OFO.EEOC@EEOC.GOV>; OFO EXTENSIONS <ofo.extensions@eeoc.gov>
Subject: RE: [Non-DoD Source] RE: EEOC OFO agency decision Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813

2

No not specifically, that email per se would not be the reconsideration request appeal to the commission. That email, and the password I received from the commission yesterday to read the decision, is the first time I received and read the commission decision.

Humbly, I am asking this commission to please consider that email from yesterday as the first date I received the commission decision and allow me until Monday to submit a request for reconsideration, that's 7 calendar days from 10/10/2018. **The date of 10/10/2018 is the 1st day I saw and read the commission decision.** If my argument isn't sound relative to the commission decision then it would not matter how much time the commission gave me your decision will stay the same; however, considering yesterday is the first day I EVER saw the commission decision, allowing forbearance, considering I never received the commission response in the mail, would at least give me an opportunity to respond to the commission decision and I believe 7 calendar days from yesterday will be adequate for me ... I don't need 20 or 30 days to respond as I already see the material fact that may have been over looked and I would just like a chance to add that to a brief for the commission as I appeal for reconsideration for those facts to be considered.

So If I can have 7 calendar days from 10/10/2018 to respond to the commission decision that will be time for me to spend this weekend replying to the commission decision .... I just saw this for the first time yesterday.

Respectfully,
David Hawthorne, DML
Juris Doctor (J.D.) candidate
first year law student
Phone: 256-955-7948
david.hawthorne8.civ@mail.mil

-----Original Message-----
From: OFOEEOC [mailto:OFO.EEOC@EEOC.GOV]
Sent: Wednesday, April 11, 2018 8:50 AM
To: Hawthorne, David CIV (US) <david.hawthorne8.civ@mail.mil>
Subject: RE: [Non-DoD Source] RE: EEOC OFO agency decision Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813

Mr. Hawthorne,

Do you want us to consider this email as a request for reconsideration of the Commission's decision in Appeal No. 0120172813?

Attorney of the Day
Office of Federal Operations
EEOC


-----Original Message-----
From: Hawthorne, David CIV (US) [mailto:david.hawthorne8.civ@mail.mil]
Sent: Wednesday, April 11, 2018 9:12 AM
To: ofo.extentions@eeoc.gov
Cc: OFOEEOC <OFO.EEOC@EEOC.GOV>; david.hawthorne@alumni.uah.edu; david.hawthorne@huskers.unl.edu
Subject: RE: [Non-DoD Source] RE: EEOC OFO agency decision Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813

Hello,
My name is David Hawthorne and I am requesting an extension for EEOC OFO agency decision Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813.

I will swear in an affidavit or by motion or in person that I never received the Commissions EEOC OFO agency decision for Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813 as illustrated in the certificate of mailing dated November 21, 2017.

I have been emailing the commission ( as seen below) for an answer. The first time when no decision was made, that request was Sent: Thursday, October 19, 2017 1:49 PM. I've been waiting on the decision from EEOC OFO and just haven't called or emailed because I thought the commission case load was backlogged, or that if I called after the commission had already told me that a decision was not made it might render an adverse decision, and simply did not want to seem like I was being presumptions by continuing to call or email.
So I just kept checking the mail box ... but nothing ever came and finally I just wanted to kn0ow if I could check a website.

So yesterday I reach out to ask the commission if there was a website that I could check to track if a decision had been made... only to find out that a decision was made in November.

As such I am asking the commission if it will allow the date that the password was sent to me to read the commission decision, which was yesterday, be the date I officially received the commission decision so that I can formally reply. I have been looking in the mail box daily for the commission and can honestly tell the commission that you may have mails the decision, but it never arrived at my home.

Please allow yesterday, 04/10/2018, be the date listed that I officially received the commission response.   From calling the number 202-663-4599 it aid I must email this email address at ofo.extentions@eeoc to request an extension.

Respectfully,
David Hawthorne, DML
Juris Doctor (J.D.) candidate
first year law student
Phone: 256-955-7948
david.hawthorne8.civ@mail.mil

Leadership:
The ultimate measure of leadership is
not where [a leader] stands in the moment of comfort and convenience, but where [a leader] stands in times of challenge and controversy ... Dr. Martin Luther King, Jr.
-----Original Message-----
From: Hawthorne, David CIV (US)
Sent: Tuesday, April 10, 2018 4:56 PM
To: 'OFOEEOC' <OFO.EEOC@EEOC.GOV>
Subject: RE: [Non-DoD Source] RE: EEOC OFO agency decision Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813

I just read the Certificate of mailing ... and it say that the commission will assume that I received the EEOC OFO decision 5 days after mailing, But I never received the decision.  This is why I just email and ask what was the decision.

Does that mean that I cannot now appeal the commission decision because I never received it in the mail?

Respectfully,
David Hawthorne

Leadership:
The ultimate measure of leadership is

not where [a leader] stands in the moment of comfort and convenience, but where [a leader] stands in times of challenge and controversy ... Dr. Martin Luther King, Jr.


-----Original Message-----
From: OFOEEOC [mailto:OFO.EEOC@EEOC.GOV]
Sent: Tuesday, April 10, 2018 4:23 PM
To: Hawthorne, David CIV (US) <david.hawthorne8.civ@mail.mil>
Subject: RE: [Non-DoD Source] RE: EEOC OFO agency decision Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813

Mr. Hawthorne,

A decision was issued on your appeal, Appeal No. 0120172813, on November 21, 2017. Attached please find copies of the decision and Certificate of Mailing. The password to open the attached documents will be sent in a separate email.

Attorney of the Day
Office of Federal Operations
EEOC

-----Original Message-----
From: Hawthorne, David CIV (US) [mailto:david.hawthorne8.civ@mail.mil]
Sent: Tuesday, April 10, 2018 5:02 PM
To: OFOEEOC <OFO.EEOC@EEOC.GOV>
Subject: RE: [Non-DoD Source] RE: EEOC OFO agency decision Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813

Hello,
I'm not rushing ... but I just wanted to know if there was a specific website I can go to check to see the status of my case on EEOC OFO Appeal No. 0120172813. I know the last time I heard from your office which was on Thursday, October 19, 2017 at 1:49 PM I was told that a decision has not been made. I haven't heard anything yet and so I assume a decision still has not been made but just wanted to know if there was a website I could plug in the appeal number to in order to check the status of my EEOC OFO case Appeal No. 0120172813 because I haven't received anything from EEOC OFO at home on this Appeal No. 0120172813 yet.

.... I just don't want to miss a date on anything and be marked as untimely for not responding.

Also I never received the password to the attachment this office was going to send with the Agency's reply. I believe from reading below that this office said that The password to open the brief will be sent in a separate email. But I never received it.

Respectfully,
David Hawthorne
Leadership:
The ultimate measure of leadership is
not where [a leader] stands in the moment of comfort and convenience, but where [a leader] stands in times of challenge and controversy ... Dr. Martin Luther King, Jr.

-----Original Message-----
From: OFOEEOC [mailto:OFO.EEOC@EEOC.GOV]
Sent: Thursday, October 19, 2017 1:49 PM
To: Hawthorne, David CIV (US) <david.hawthorne8.civ@mail.mil>

5

Subject: [Non-DoD Source] RE: EEOC OFO agency decision Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813

Mr. Hawthorne,

A decision has not yet been issued on your appeal, Appeal No. 0120172813. Attached is a copy of the brief filed by the Agency in opposition to your appeal. The password to open the brief will be sent in a separate email.

Attorney of the Day
Office of Federal Operations
EEOC

-----Original Message-----
From: Hawthorne, David CIV (US) [mailto:david.hawthorne8.civ@mail.mil]
Sent: Thursday, October 19, 2017 1:31 PM
To: OFOEEOC <OFO.EEOC@EEOC.GOV>; fed.adr@eeoc.gov
Cc: Frye, Brian S CIV USARMY AMCOM (US) <brian.s.frye.civ@mail.mil>; Pickard, Chanley P CIV USARMY ID-SUSTAINMENT (US) <chanley.p.pickard.civ@mail.mil>
Subject: EEOC OFO agency decision Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813

Hello and to whom it may concern at the EEOC office ...
my name is David Hawthorne and I understand that the EEOC OFO has made a final decision and closed my file in the Army Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813; however, I have not received anything in the mail or on in email to date.

Can you please send me a copy of the final age EEOC OFO agency decision vial my work email here, and via us mail.

Mr. Frye, as the Army Agency legal counsel, if have the EEOC OFO has made a final decision and closed my file in the Army Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813 please provide me a copy of the Army Agency answer to my appeal to the EEOC OFO, I never got a copy of it.

Additionally Mr. Frye if you have a copy of the EEOC OFO final agency decision on my appeal in the Army Agency case number ARREDSTON17MAY01829 and the EEOC OFO Docket number 0120172813 please send me send me a copy via email ...


Respectfully,
David Hawthorne, DML

Leadership:
The ultimate measure of leadership is
not where [a leader] stands in the moment of comfort and convenience, but where [a leader] stands in times of challenge and controversy ... Dr. Martin Luther King, Jr.