Case 5:18-cv-00689-MHH   Document 16-7   Filed 06/15/18   Page 1 of 2

FILED
2018 Jun-15 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exhibit 7

## Hawthorne, David CIV (US)

**From:** Hawthorne, David CIV (US)
**Sent:** Wednesday, May 31, 2017 11:43 AM
**To:** Thompson, Jennifer S CIV USARMY ID-SUSTAINMENT (US); Pickard, Chanley P CIV USARMY ID-SUSTAINMENT (US)
**Subject:** EEO Complaint against Abner Merriweather (UNCLASSIFIED)

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| Thompson, Jennifer S CIV USARMY ID-SUSTAINMENT (US) | Delivered: 5/31/2017 11:43 AM | |
| Pickard, Chanley P CIV USARMY ID-SUSTAINMENT (US) | Delivered: 5/31/2017 11:43 AM | Read: 5/31/2017 12:30 PM |

**Classification:** UNCLASSIFIED

CLASSIFICATION: UNCLASSIFIED

Jennifer Thompson, Chanley Pickard
I would like to fill a sexual harassment complaint against Mr. Abner Merriweather immediately. Although he is the Union President he is still an Employee like myself of the Us Army officially located at AMRDEC.

On more than one occasion Mr. Merriweather has sexually harassed me after repeated efforts of me asking him to stop. Just yesterday I was attending a happy hour in a bar where he came in with a female friend that we both know and he walked up to me and said to the female companion, Janice, "you know what we call him ... we call him Boo boo". I turned around from eating my meal and said to Mr. Merriweather, Abner do call me that, and don't tell people that you and other people call me that because you don't"; however Mr. Merewether continued to call me Boo boo. I then said with the sternest face I could and vociferously, "Abner I'm serious don't refer to me as that, then not my name." But Mr. Merriweather continued to call me that. He did it to the point that two patrons of the establishment came to my aid and ask him to stop. Even as they sat with me at the bar Mr. Merriweather continued to call me that name, Boo boo. He then text me a t 3am about this matter. Days before he ask me with a third party, Judith Jackson, on the phone to cook for him, I was offended by the remark and request and I told him so.

Mr. Merriweather has acknowledge in text message that he has said these things to me. But an apology isn't enough, he should have stopped when I repeatedly ask him to stop, over and over and over and over and over and over again, but he would not. Instead he kept calling me the name Boo boo, a reference I felt, as an adult, is meant for reference to, in a heterosexual relationship, a women or homosexual when referencing that term to a man, me.

And I'm certainly not homosexual and/or Gay but his reference to me like that surely made me feel like others in that bar and the patrons that heard him that came to my aid did think that I was homosexual or Gay. His actions created an extremely hostile environment and he simply would not stop calling me that no matter how loud or stern I ask him to stop it.
He has done this without regard to my right not to be sexual harassed, or him to place me in a hostile environment even after repeated request from me asking him to stop ... he just would not stop.

I have the text message where Mr. Merriweather acknowledges that I did ask him to stop and he would not. It shows the date and time .... and it was just after 3 am this morning of 05/31/2017. As such I would like to file a complaint as we are coworkers here on the arsenal, the code of conduct for us extends beyond base.

Respectfully,
David Hawthorne

1

Leadership:

The ultimate measure of leadership is

not where [a leader] stands in the moment of comfort and convenience, but where [a leader] stands in times of challenge and controversy ... Dr. Martin Luther King, Jr.

CLASSIFICATION: UNCLASSIFIED