exhibit 8q

## Hawthorne, David CIV (US)

| | |
|---|---|
| **From:** | Merriweather, Abner CIV (US) |
| **Sent:** | Tuesday, June 13, 2017 4:40 PM |
| **To:** | Hawthorne, David CIV (US) |
| **Cc:** | Milton-Walker, Palmer R CIV USARMY HQDA ACA (US); Stewart, Theodora F CIV USARMY SMDC (US); Perrin, Michelle Robinson CIV USARMY LOGSA (US); 'Everett Kelley' |
| **Subject:** | Removal Letter |
| **Attachments:** | Scan1545.pdf |

Mr. Hawthorne,

Please see attachment.


Abner Merriweather, President
AFGE Local 1858

1



# American Federation of Government Employees
## LOCAL 1858
BUILDING 3202
REDSTONE ARSENAL, ALABAMA 35898-0001
PHONE NO.: 881-7430, 876-4880
FAX NO.: 955-8846
AFFILIATED WITH THE AFL-CIO

June 13, 2017


Ms. C. Regina Reese-Gilchrist, Chief
LMER Division
Civilian Personnel Advisory Center
Bldg. 3458 Aerobee Road
Redstone Arsenal, AL 35898

Dear Ms. Gilchrist:

This is to advise you that effective immediately, Mr. David Hawthorne has been removed from the position of Assistant Vice President for the LOGSA employees.

Sincerely,

Abner Merriweather, President
AFGE Local 1858

CF:   Col John D. Kuenzli, LOGSA Commander
      Mr. James B. Baker, Supervisor
      Ms. Theodora Stewart, Assistant President, AFGE Local 1858
      Ms. Palmer Milton-Walker, Executive Vice President, AFGE Local 1858
      Ms. Michelle Perrin, AFGE Local 1858 LOGSA Vice President
      Mr. David Hawthorne

**Building A Safer and Stronger America Through Unity**



# American Federation of Government Employees
## LOCAL 1858
BUILDING 3202
REDSTONE ARSENAL, ALABAMA 35898-0001
PHONE NO.: 881-7430, 876-4880
FAX NO.: 955-8846
AFFILIATED WITH THE AFL-CIO

June 13, 2017

Mr. David Hawthorne
Bldg 3305
LOGSA – AOAP
Redstone Arsenal, AL 35898

Dear Mr. Hawthorne:

This is to inform you that effective immediately, you are being removed from your appointed position of Assistant Vice President for the LOGSA employees.

This action has been taken because on numerous occasions you have made slanderous and untrue accusations against this AFGE Local 1858 Union President to individuals in person and in writing. You have also conducted a personal vendetta against this President in order to denigrate my reputation and my position as AFGE Local 1858 President. In accordance with Article XXIII, Section 2(e) of the American Federation of government Employees AFL-CIO Constitution dated, August 2015, it is my intent to prefer charges against you with the Local Executive Board who shall appoint a Committee of Investigation for you engaging in conduct unbecoming a union member.

Sincerely,

Abner Merriweather, President
AFGE Local 1858

exhibit
8e

> Abner don't text me again. I have two witnesse that saw me ask you repeatedly not to call me boo boo. I am a grown ass man you are a grown ass man. Grown men dont do that. I wasn't touching you if I were you would know it. If I were... ›

**Mr Abner Merriweather**

Everything u said above is correct, it was the manner u said it to me in a bully and dictating way.... please don't text me again

What u did didn't warrant u coming over to me while I was seating down physically threatening me

Wednesday 5:09 AM

**Mr Abner Merriweather**

When u stood over me in a threatening manner, Ur thuggish and bully didn't stop me. As u said, I'm a grown as man. Now again, I apologize to u for calling u that.



8/6/2017     https://outlook.office.com/owa/projection.aspx    exhibit 8F

↩ Reply all | ⌄    🗑 Delete    Junk | ⌄    •••     ✕

**(No subject)**

1    **+12566941290@tmomail.net**      👍   ↩ Reply all | ⌄
Today, 9:44 AM
david.hawthorne@huskers.unl.edu ⌄

Inbox

📎 text_0.txt
4 KB    ⌄

⌄ Show all 1 attachments (4 KB)    Download

Abner don't text me again. I have two witnesse that saw me ask you repeatedly not to call me boo boo. I am a grown ass man you are a grown ass man. Grown men dont do that. I wasn't touching you if I were you would know it. If I were the witness would have saw it. You are writing this text in hopes of illustrating a fictitious incident is futile as I was not touching you. Weather I am sensitive or not I told you to Stop calling me that. ==It was offensive, it was sexual In nature, it was in fact to me sexual harassment.== ==Only the day before, or two days before, with Judy on the phone you ask me to cook for you, I mean that to I find homosexual in nature too.== And I was offended by it as was illustrative in my reply to you with Judy in the phone. If a person, let alone a man ask another man to not call them boo boo, because they are finding it offensive then the other person should stop, no matter what the person calling them the name meant; As president of the union you should not have to be told this. As president of the union you should not have to be ask on several occasion when witnesses and bystanders have to get up and come between us to ask you to stop call me boo boo because I was asking you to stop calling me that I am an assistant Vice President of the union and a subordinate to you with in the union, You continueing to call me a sexual name that is not my name and continuing to do so after I and others continued to ask you not to

the union, it does not matter how you meant it when you call me that term of endearment name boo boo, It matters how I took it and I told you time after time after time after time after time after time .... after time after time after time after nonstop calling me that ... but you would not. You just keep on calling me that even as I vociferously ask you to stop. And you would it's stop. The lady you came with left you and came over to speak to me not just to cam me down but after she could not get you to stop either. I did not go there to club 47 with you. I was sitting there enjoying my meal and beverage after a long day at work. You came there with Janice, and after I would not shake you hand but hall gave you a different greeting by putting my first out for an Obama bump you told Janice " you know what we call him? We call him Boo boo". You came into my space plucking with me saying those offensive and sexual things to me. Even as I calmly ask you to stop. In face the more I ask you to stop the more it seem to edge you on and you said t even faster boo boo, boo boo, boo boo, and louder. And no one especially not a man calls me that. There is no one, as you said above in your text, that you know of that calls me boo boo and you know that. And after me asking you repeatedly to stop it, it just made you call me that more and more and say it louder over my vociferously objections explicitly asking you, telling you, to stop call me that shit. And that has nothing to do with being sensitive if I ask you to not cal me out of my name, especially no call me, a grown as man, boo boo. Thy does not have a plucking thing to do with being sensitive it just means stop calling me out of my damn name. And even if I am sensitive, who are you Dr Phil here to fix sensitive David Hawthorne.

**T⸱⸱Mobile⸱**

This message was sent to you by a T-Mobile wireless phone.

May 8, 2016, 8:36 AM

Mr Abner Merriweather

*exhibit 8g*

**AM:** Happy Mother's Day

**AM:** To all

**AM:** All of u all have been a mother to me

**AM:** Lol

> Abner I know you play a lot but I don't like the gay jokes in any form or fashion. There is nothing funny, playful or amusing about what you just said.
>
> I professionally of you as the president of our union and a professional engineer per se, but let it be left there. Leave me out the gay reference and gay jokes.
>
> Beyond that Judy, Deondra hope you boy have a beautiful day to day ... And hope you both are heads or in church