exhibit 13



**DEPARTMENT OF THE ARMY**
INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, UNITED STATES ARMY GARRISON, REDSTONE ARSENAL
4488 MARTIN ROAD
REDSTONE ARSENAL, ALABAMA 35898-5000

REPLY TO
ATTENTION OF

IMRE-EE

14 July 2017

David Hawthorne
974 Bell Factory Road
Huntsville, AL  35811

David Hawthorne v.
Robert M. Speer, Acting, Secretary of the Army
DA Docket # ARREDSTON17MAY01829

Dear Mr. Hawthorne:

This is the Department of the Army's final decision in the above captioned equal employment opportunity complaint filed on 12 July 2017. Your initial contact with an EEO official was 31 May 2017 and you received the Notice of Right to File a Formal Complaint of Discrimination on 6 July 2017.

In your formal complaint of discrimination, you alleged Reprisal for previous EEO activity (ARREDSTON17MAY01829) and discrimination on the bases of Sex (male) when:

a. On 13 June 2017, Abner Merriweather, Union President, Reprisal, (Yes, Aware of EEO activity), sex (male), rescinded your appointment as Assistant Vice President of AFGE Local 1858 at Logistics Support Activity (LOGSA).

b. On 30 May 2017, Abner Merriweather, while attending "Happy Hour" at a local bar/restaurant, walked up to you, and said to his female companion, "You know we call him Boo Boo."

c. On 20 May 2017, Abner Merriweather, in a telephone conversation that included Judith Jackson a non-employee, third party, asked you to cook for him

Based on my review of the complaint file, after careful analysis of the complaint file, I have dismissed all claims in accordance with 29 CFR 1614.107(a)(1) and AR 690-600 Chapter 4, Section II, 4-4a(1) as follows: Reason, Failure to State a Claim.

The Commission has long defined an "aggrieved employee" as one who suffers a present harm or loss in respect to a term, condition, or privilege of employment for which there is a remedy. According to Smith v. Veterans Affairs, EEOC Appeal No 01A32477, actions by union officer against union official fail to show an agency action adversely affecting Complainant's terms, conditions, or privileges of employment due to

the alleged action of the agency for which there is a remedy. See Diaz v. Department of the Air Force, EEOC request No. 02931049. The alleged discrimination actions were not within the purview of EEOC regulations if the alleged discriminating union officials were acting in their representational capacity.

If you are dissatisfied with this decision, your appeal rights are as follows:

## APPEAL RIGHTS FOR NONMIXED COMPLAINTS

1. An appeal may be filed with the Equal Employment Opportunity Commission (EEOC), Director of Federal Operations, P.O. Box 77960, Washington, D.C. 20013 within 30 calendar days of the date of receipt of this decision. The 30-calendar-day period for filing an appeal begins on the date of receipt of this decision. An appeal shall be deemed timely if it is delivered in person, transmitted by facsimile or postmarked before the expiration of the filing period or, in the absence of a legible postmark, if the appeal is received by the Commission by mail within 5 calendar days after the expiration of the filing period. The complainant will serve a copy of the Notice of Appeal/Petition, EEOC Form 573 (Enclosure 1), to the Department of the Army, Director, EEO Compliance and Complaints Review, ATTN: SAMR-EO-CCR, 5825 21st Street, Building 214, Room 129, Fort Belvoir VA 22060-5921, and furnish a copy to the agency representative, [NAME], [ADDRESS], at the same time it is filed with the Commission. In or attached to the appeal to the Commission, you/your client must certify the date and method by which service was made to the Director for EEOCCR and the agency representative.

2. The complainant may file a brief or statement in support of his/her appeal with OFO. The brief or statement **must** be filed with OFO within 30 calendar days from the date the appeal is filed. The complainant will serve a copy of the brief or statement submitted in support of the appeal on the Director for EEOCCR and on the agency representative at the addresses shown above in paragraph 1 at the same time the brief or statement is filed with the EEOC. The regulation providing for appeal rights is contained in Title 29 of the Code of Federal Regulations, a part of which is reproduced below:

> *Part 1614.401 Appeals to the Commission.*
>
> *(a) A complainant may appeal an agency's final action or dismissal of a complaint.*
>
> *(b) An agency may appeal as provided in Section 1614.110(a).*
>
> *(c) A class agent or an agency may appeal an administrative judge's decision accepting or dismissing all or part of a class complaint; a class agent may appeal a final decision on a class complaint; a class member may appeal a final decision on a claim for individual relief under a class*

*complaint; and a class member, a class agent or an agency may appeal a final decision on a petition pursuant to Section 1614.204(g)(4).*

*(d) A grievant may appeal the final decision of the agency, the arbitrator or the Federal Labor Relations Authority (FLRA) on the grievance when an issue of employment discrimination was raised in a negotiated grievance procedure that permits such issues to be raised. A grievant may not appeal under this part, however, when the matter initially raised in the negotiated grievance procedure is still ongoing in that process, is in arbitration, is before the FLRA, is appealable to the MSPB [Merit Systems Protection Board] or if 5 U.S.C. Section 7121(d) is inapplicable to the involved agency.*

*(e) A complainant, agent or individual class claimant may appeal to the Commission an agency's alleged noncompliance with a settlement agreement or final decision in accordance with Section 1614.504.*

### Part 1614.402 Time for appeals to the Commission.

*(a) Appeals described in Section 1614.401(a) and (c) must be filed within <u>30 calendar days</u> of receipt of the dismissal, final action or decision. Appeals described in Part 1614.401(b) must be filed within <u>40 calendar days</u> of receipt of the hearing file and decision. Where a complainant has notified the EEO Director [Director for EEOCCR] of alleged noncompliance with a settlement agreement in accordance with Section 1614.504, the complainant may file an appeal <u>35 calendar days</u> after service of the claim of noncompliance, but no later than <u>30 calendar days</u> after receipt of the agency's determination.*

*(b) If the complainant is represented by an attorney of record, then the <u>30 calendar day</u> time period provided in paragraph (a) of this Section within which to appeal shall be calculated from the receipt of the required document by the attorney. In all other instances, the time within which to appeal shall be calculated from the receipt of the required document by the complainant.*

### Section 1614.403 How to appeal.

*(a) The complainant, agency, agent, grievant or individual class claimant (hereinafter complainant) must file an appeal with the Director, Office of Federal Operations, Equal Employment Opportunity Commission, at P.O. Box 77960, Washington, D.C. 20013, or by personal delivery or facsimile. The appellant should use EEOC Form 573, Notice of Appeal/Petition, and should indicate what is being appealed.*

*(b) The appellant shall furnish a copy of the appeal to the opposing party [Director for EEOCCR and the servicing agency*

*representative] at the same time it is filed with the Commission. In or attached to the appeal to the Commission, the complainant must certify the date and method by which service was made on the opposing party [Director for EEOCCR and the servicing agency representative – addresses shown in paragraph 1 above].*

*(c) If appellant does not file an appeal within the time limits of this subpart, the appeal shall be dismissed by the Commission as untimely.*

*(d) Any statement or brief on behalf of a complainant in support of the appeal must be submitted to the Office of Federal Operations within <u>30 calendar days</u> of filing the notice of appeal. Any statement or brief on behalf of the agency in support of its appeal must be submitted to the Office of Federal Operations within <u>20 calendar days</u> of filing the notice of appeal. The Office of Federal Operations will accept statements or briefs in support of an appeal by facsimile transmittal, provided they are no more than 10 pages long.*

*(e) The agency must submit the complaint file to the Office of Federal Operations within <u>30 calendar days</u> of initial notification that the complainant has filed an appeal or within <u>30 calendar days</u> of submission of an appeal by the agency.*

*(f) Any statement or brief in opposition to an appeal must be submitted to the Commission and served on the opposing party within <u>30 calendar days</u> of receipt of the statement or brief supporting the appeal, or, if no statement or brief supporting the appeal is filed, within <u>60 calendar days</u> of receipt of the appeal. The Office of Federal Operations will accept statements or briefs in opposition to an appeal by facsimile provided they are no more than 10 pages long.*

**Section 1614.407   Civil action: Title VII, Age Discrimination in Employment Act and Rehabilitation Act.**

*A complainant who has filed an individual complaint, an agent who has filed a class complaint or a claimant who has filed a claim for individual relief pursuant to a class complaint is authorized under Title VII, the ADEA [Age Discrimination in Employment Act] and the Rehabilitation Act to file a civil action in an appropriate United States District Court:*

*(a) Within <u>90 calendar days</u> of receipt of the final action on an individual or class complaint if no appeal has been filed;*

(b) After <u>180 calendar days</u> from the date of filing an individual or class complaint if an appeal has not been filed and final action has not been taken;

(c) Within <u>90 calendar days</u> of receipt of the Commission's final decision on an appeal; or

(d) After <u>180 calendar days</u> from the date of filing an appeal with the Commission if there has been no final decision by the Commission.

### Section 1614.408  Civil action: Equal Pay Act.

A complainant is authorized under Section 16(b) of the Fair Labor Standards Act (29 U.S.C. 216[b]) to file a civil action in a court of competent jurisdiction within two years or, if the violation is willful, three years of the date of the alleged violation of the Equal Pay Act regardless of whether he or she pursued any administrative complaint processing. Recovery of back wages is limited to two years prior to the date of filing suit, or to three years if the violation is deemed willful; liquidated damages in an equal amount may also be awarded. The filing of a complaint or appeal under this part shall not toll the time for filing a civil action.

### Section 1614.409  Effect of filing a civil action.

Filing a civil action under Section 1614.408 or Section 1614.409 shall terminate Commission processing of the appeal. If private suit is filed subsequent to the filing of an appeal, the parties are requested to notify the Commission in writing.

3. If a civil action is filed and complainant does not have or is unable to obtain the services of a lawyer, the complainant may request the court to appoint a lawyer. In such circumstances as the court may deem just, the court may appoint a lawyer to represent the complainant and may authorize the commencement of the action without the payment of fees, costs, or security. Any such request <u>must</u> be made within the above referenced <u>90-calendar-day</u> time limit for filing suit and in such form and manner as the court may require.

4. You are/your client is further notified that if you/your client file(s) a civil action, you/your client must name the appropriate Department or Agency head as the defendant and provide his or her official title. **DO NOT JUST NAME THE AGENCY OR DEPARTMENT.** Failure to name the head of the Department or Agency or to state his or her official title may result in dismissal of the case. The appropriate agency is the Department of the Army. The head of the Department of the Army is Robert M. Speer, Acting, who is the Secretary of the Army.

The DA docket number identified at the top of page 1 of this letter should be used on all correspondence. A copy of this letter, without enclosures, is being forwarded to the Agency Representative.

Sincerely,

Jennifer S. Thompson
Director, Equal Employment Opportunity

Enclosures

Appeal Form