exhibit 15



FRANK G. ALFANO
Direct Dial (205) 327-8385
Direct Fax (205) 324-3802
E-mail alfano@wskllc.com

June 13, 2017

<u>**VIA US MAIL & CERTIFIED MAIL #7012 0101 0002 0164 3943**</u>
Mr. David Hawthorne
974 Bell Factory Road
Huntsville, AL 35898

      RE: *Abner Merriweather v. David Hawthorne*

Dear Mr. Hawthorne:

  I am enclosing to you a copy of correspondence sent to you via certified mail on June 5, 2017 to P.O. Box 2054, Madison, AL 35758-5415. Tracking the item shows that it has not yet been picked up at the post office.

          Yours truly,

          WALDREP STEWART & KENDRICK, LLC

          Frank G. Alfano

FGA/EKT
Enclosures
cc: Abner Merriweather



**WSK**
WALDREP STEWART & KENDRICK LLC
Attorneys At Law

FRANK G. ALFANO
Direct Dial (205) 327-8385
Direct Fax: (205) 324-3802
E-mail alfano@wskllc.com

June 5, 2017

**VIA CERTIFIED MAIL #7012 1010 0002 0164 0195**
Mr. David Hawthorne
Post Office Box 2054
Madison, AL 35758-5415

    **RE:** *Abner Merriweather v. David Hawthorne*

Dear Mr. Hawthorne:

This letter is written to you on behalf of Mr. Abner Merriweather, relative to certain false and defamatory allegations you made in email correspondence to Judge Mason Barrett and Victor R. Donovan on Wednesday May 31, at 11:52 AM. The computer you used appears to be a government computer, which may be monitored. These allegations include, but are not limited to, the following: "On more than one occasion Mr. Merriweather has sexually harassed me after repeated efforts to stop." In the same email you also state, "In any case I've filed a complaint with the EEO office."

Demand is hereby made, pursuant to Alabama Code Section 6-5-186, et seq., that you immediately make a "public retraction of the charge or matter published...in as prominent and public a place or manner as the charge or matter published occupied." This retraction must be a "full and fair retraction of such charge or matter." To comply with this request, the retraction that you publish must be delivered to all those persons and entities that received your original communications, as such allegations relate to Mr. Abner Merriweather.

We shall require strict adherence to state and federal law in this regard. If the requested retraction is not forthcoming, a civil suit on behalf of Abner Merriweather will be filed in the Circuit Court for Madison County, Alabama on the 6th calendar day following delivery of this retraction notice to you. Mr. Merriweather will seek both punitive and compensatory damages, as well as injunctive relief, if legal redress is required. If you have any questions, please contact me at any time.

Yours truly,

WALDREP STEWART & KENDRICK, LLC

Frank G. Alfano

cc:   Mr. Abner Merriweather

2323 2ND AVENUE NORTH   BIRMINGHAM, AL 35203
(205) 254-3216   FAX (205) 324-3802   TOLL FREE 800-476-5128   WSKLLC.COM
BIRMINGHAM  MONTGOMERY  BESSEMER

# WSK
**WALDREP STEWART & KENDRICK**
Attorneys At Law
2323 2ND AVENUE NORTH
BIRMINGHAM, AL 35203

24132.001



**CERTIFIED MAIL**

7012 1010 0002 0164 3943

Mr. David Hawthorne
974 Bell Factory Road
Huntsville, AL ▮▮▮▮▮