Case 5:18-cv-00689-MHH   Document 16-15   Filed 06/15/18   Page 1 of 7

FILED
2018 Jun-15 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

exhibit 08

## Hawthorne, David CIV (US)

| | |
|---|---|
| **From:** | Hawthorne, David CIV (US) |
| **Sent:** | Tuesday, June 20, 2017 9:02 AM |
| **To:** | Crawford, Jacqueline D CIV USARMY RDECOM AMRDEC (US); Cammon, Brenda J CIV USARMY PEO AVN (US); Merriweather, Abner CIV (US) |
| **Cc:** | Thompson, Jennifer S CIV USARMY ID-SUSTAINMENT (US); Pickard, Chanley P CIV USARMY ID-SUSTAINMENT (US); everett.kelley@afge.org; Stewart, Theodora F CIV USARMY SMDC (US); Milton-Walker, Palmer R CIV USARMY HQDA ACA (US); Perrin, Michelle Robinson CIV USARMY LOGSA (US); Cloud, Charlotte C CIV USARMY CHRA-SC (US); Copeland, Daryl E CIV USARMY CHRA-SC (US); Fitzpatrick, Kimberly D CIV USARMY (US); kevin.harper@afge.org; Matthews, Verge Jr. CIV USARMY AMCOM (US); Hill, Jacob Jr CIV USARMY (US); everett.kelley@afge.org; Schuff, Sharron J CIV USARMY (US); Roach, Alexander H Jr CIV (US); Bailey, Cedric CIV USARMY SMDTC (US); Perrin, Michelle Robinson CIV USARMY LOGSA (US); Pate, Jessica L CIV DLA AVIATION (US); Norman, Leisa A CIV USARMY USAG (US); Shoulders, Randy R CIV (US); Stanford, Sherry J CIV USARMY MEDCOM FAHC (US); Smith, Michelle M CIV USARMY SMDC (US); david.hawthorne@alumni.uah.edu; david.hawthorne@huskers.unl.edu; Caruthers, Rufus B Jr CIV USARMY IMCOM HQ (US) |
| **Subject:** | RE: Retaliation EEO Complaint against Abner Merriweather, AFGE Local 1858 Executive board, AFGE 5th District and Army Agency (UNCLASSIFIED) |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | Crawford, Jacqueline D CIV USARMY RDECOM AMRDEC (US) | Delivered: 6/20/2017 9:03 AM |
| | Cammon, Brenda J CIV USARMY PEO AVN (US) | Delivered: 6/20/2017 9:03 AM |
| | Merriweather, Abner CIV (US) | Delivered: 6/20/2017 9:03 AM |
| | Thompson, Jennifer S CIV USARMY ID-SUSTAINMENT (US) | Delivered: 6/20/2017 9:03 AM |
| | Pickard, Chanley P CIV USARMY ID-SUSTAINMENT (US) | Delivered: 6/20/2017 9:03 AM |
| | everett.kelley@afge.org | |
| | Stewart, Theodora F CIV USARMY SMDC (US) | Delivered: 6/20/2017 9:03 AM |
| | Milton-Walker, Palmer R CIV USARMY HQDA ACA (US) | Delivered: 6/20/2017 9:03 AM |
| | Perrin, Michelle Robinson CIV USARMY LOGSA (US) | Delivered: 6/20/2017 9:03 AM |
| | Cloud, Charlotte C CIV USARMY CHRA-SC (US) | Delivered: 6/20/2017 9:03 AM |
| | Copeland, Daryl E CIV USARMY CHRA-SC (US) | Delivered: 6/20/2017 9:03 AM |
| | Fitzpatrick, Kimberly D CIV USARMY (US) | Delivered: 6/20/2017 9:03 AM |
| | kevin.harper@afge.org | |
| | Matthews, Verge Jr. CIV USARMY AMCOM (US) | Delivered: 6/20/2017 9:03 AM |
| | Hill, Jacob Jr CIV USARMY (US) | Delivered: 6/20/2017 9:03 AM |
| | everett.kelley@afge.org | |
| | Schuff, Sharron J CIV USARMY (US) | Delivered: 6/20/2017 9:03 AM |
| | Roach, Alexander H Jr CIV (US) | Delivered: 6/20/2017 9:03 AM |
| | Bailey, Cedric CIV USARMY SMDTC (US) | Delivered: 6/20/2017 9:03 AM |
| | Perrin, Michelle Robinson CIV USARMY LOGSA (US) | |

| | Recipient | Delivery |
|---|---|---|
| | Pate, Jessica L CIV DLA AVIATION (US) | |
| | Norman, Leisa A CIV USARMY USAG (US) | Delivered: 6/20/2017 9:03 AM |
| | Shoulders, Randy R CIV (US) | Delivered: 6/20/2017 9:03 AM |
| | Stanford, Sherry J CIV USARMY MEDCOM FAHC (US) | Delivered: 6/20/2017 9:03 AM |
| | Smith, Michelle M CIV USARMY SMDC (US) | Delivered: 6/20/2017 9:03 AM |
| | david.hawthorne@alumni.uah.edu | |
| | david.hawthorne@huskers.unl.edu | |
| | Caruthers, Rufus B Jr CIV USARMY IMCOM HQ (US) | Delivered: 6/20/2017 9:03 AM |
| **Classification:** | UNCLASSIFIED | |

CLASSIFICATION: UNCLASSIFIED

Good Morning Ms. Crawford,
I apologize for sending you that information since you did not want to know about it. At your request I will not include you on another correspondence as you are requesting as an executive board member of AFGE Local 1858 that you are not interested in the accusations of your executive officer and President Abner Merriweather and the sexual harassments complaint filed against AFGE local 1858 on behalf of him. I would like to add that you were only added to that email correspondence list because you, as an elected Vice President of the UNION, are part of the executive staff/board.

I was notifying you of charges against your executive officer. It's not reasonable to request the executive board to make executive decisions about its executive officer ... without the information relative to the request being made on that executive office, so I notified you, provided you with the information. If you think the information is bad, I ask you to think about how I felt going through it, all you are doing is reading about it.

==I'm not airing things out. I am notifying specific member of the EEO, AFGE 5th district and the Executive Board members of the AFGE local 1858. If I was airing this out I would have sent it to ALL people listed as UNION members and /or those persons not listed as UNION members. But as it is, and relative to the UNION, these messages has been sent to person of executive and/or office status.==

As such the executive board, of which you are a part of, is responsible for executive decisions, and there was a union officer request (I was at the time an assistant vice president) to suspend the executive officer who is the president of the UNION, based on the accusations filed against him/AFGE Local 1858/US Army /AFGE 5th district until the federal agency investigating this complaint completed their investigation. However, no action was taken by the executive board, of which you are a part of, no action was taken by the Army, nor was there any action taken by AFGE 5h district. And since no action was action, which is an action taken in and of itself, the executive board's executive officer, the Union president, removed me from my position for filing a lawful complaint with a federal agency and then issued threats to me to withdraw my complaint under the threat of a civil suit, which is obstruction, all in the name of AFGE and/or the ARMY.

I understand that there are only specific functions you prefer to deal with, however the title of an executive member of the union per se is not limited to interest of only a scale relative to the House of Representatives, The Senate and the White house in Washington DC. I'm sure a specific committee Within the executive board and/or Union may be able to focus on that alone, but in doing so I do not believe that that removes any individuals responsibilities within the executive board altogether.

2

Additionally, Abner Merriweather, as the President of the Local Union, represents the AFGE Local Union, much like a supervisor represent the Army per se. When a bargaining unit employed sues or files a grievance against a supervisor it may name the supervisor but the charge actually goes against the ARMY. This is no different, except that it includes both. As a charge has been laid against Abner Merriweather, it is actually going against the AFGE Local 1858 organization ( of which you are an executive member) and/or the US Army because he and his position is the only position that actually represent both AFGE and the Army at the same time ... all the time.

But that withstanding thank you, as an executive board member, for your attention and honest thoughts and reply to my very painful efforts to file and notify all who I thought should be notified of my sexual harassment complaint.

Respectfully,
David Hawthorne, DML
Electrical Engineer
Juris Doctor (J.D.) candidate
LIBS/EDXRF Project Lead
USAMC LOGSA, GSC AOAP
Phone: 256-955-7948 ...
david.hawthorne8.civ@mail.mil

-----Original Message-----
From: Crawford, Jacqueline D CIV USARMY RDECOM AMRDEC (US)
Sent: Tuesday, June 20, 2017 6:41 AM
To: Hawthorne, David CIV (US) <david.hawthorne8.civ@mail.mil>; Cammon, Brenda J CIV USARMY PEO AVN (US) brenda.j.cammon.civ@mail.mil>; Merriweather, Abner CIV (US) <abner.merriweather.civ@mail.mil>
Cc: Thompson, Jennifer S CIV USARMY ID-SUSTAINMENT (US) <jennifer.s.thompson.civ@mail.mil>; Pickard, Chanley P CIV USARMY ID-SUSTAINMENT (US) <chanley.p.pickard.civ@mail.mil>; everett.kelley@afge.org; Stewart, Theodora F CIV USARMY SMDC (US) <theodora.f.stewart.civ@mail.mil>; Milton-Walker, Palmer R CIV USARMY HQDA ACA (US) <palmer.r.milton-walker.civ@mail.mil>; Perrin, Michelle Robinson CIV USARMY LOGSA (US) <michelle.r.perrin.civ@mail.mil>; Cloud, Charlotte C CIV USARMY CHRA-SC (US) <charlotte.c.cloud.civ@mail.mil>; Copeland, Daryl E CIV USARMY CHRA-SC (US) <daryl.e.copeland.civ@mail.mil>; Fitzpatrick, Kimberly D CIV USARMY (US) <kimberly.d.fitzpatrick4.civ@mail.mil>; kevin.harper@afge.org; Matthews, Verge Jr. CIV USARMY AMCOM (US) <verge.matthews.civ@mail.mil>; Hill, Jacob Jr CIV USARMY (US) <jacob.hill.civ@mail.mil>; everett.kelley@afge.org; Schuff, Sharron J CIV USARMY (US) <sharron.j.schuff.civ@mail.mil>; Roach, Alexander H Jr CIV (US) <alexander.h.roach.civ@mail.mil>; Bailey, Cedric CIV USARMY SMDTC (US) <cedric.bailey.civ@mail.mil>; Perrin, Michelle Robinson CIV USARMY LOGSA (US) <michelle.r.perrin.civ@mail.mil>; Pate, Jessica L CIV DLA AVIATION (US) <jessica.pate@dla.mil>; Norman, Leisa A CIV USARMY USAG (US) <leisa.a.norman.civ@mail.mil>; Shoulders, Randy R CIV (US) <randy.r.shoulders.civ@mail.mil>; Stanford, Sherry J CIV USARMY MEDCOM FAHC (US) <sherry.j.stanford.civ@mail.mil>; Smith, Michelle M CIV USARMY SMDC (US) <michelle.m.smith21.civ@mail.mil>; david.hawthorne@alumni.uah.edu; david.hawthorne@huskers.unl.edu; Caruthers, Rufus B Jr CIV USARMY IMCOM HQ (US) <rufus.b.caruthers.civ@mail.mil>
Subject: RE: Retaliation EEO Complaint against Abner Merriweather, AFGE Local 1858 Executive board, AFGE 5th District and Army Agency (UNCLASSIFIED)

CLASSIFICATION: UNCLASSIFIED

Mr. Hawthorne, please remove me from your distro list regarding this matter. I'm not exactly sure what your intent is y airing this out in an open forum but I do not want to be involved nor am I interested in what has transpired between ou and Mr. Merriweather. My interest is on a grander scale, the House of Representatives, The Senate and the White house in Washington DC. Thanking you in advance for your cooperation and understanding.

3

Jacqueline Watkins-Crawford
AFGE Local 1858
Vice President-ACC-Redstone
256-842-9719


-----Original Message-----
From: Hawthorne, David CIV (US)
Sent: Monday, June 19, 2017 3:15 PM
To: Cammon, Brenda J CIV USARMY PEO AVN (US) <brenda.j.cammon.civ@mail.mil>
Cc: Thompson, Jennifer S CIV USARMY ID-SUSTAINMENT (US) <jennifer.s.thompson.civ@mail.mil>; Pickard, Chanley P CIV USARMY ID-SUSTAINMENT (US) <chanley.p.pickard.civ@mail.mil>; everett.kelley@afge.org; Stewart, Theodora F CIV USARMY SMDC (US) <theodora.f.stewart.civ@mail.mil>; Milton-Walker, Palmer R CIV USARMY HQDA ACA (US) <palmer.r.milton-walker.civ@mail.mil>; Perrin, Michelle Robinson CIV USARMY LOGSA (US) <michelle.r.perrin.civ@mail.mil>; Cloud, Charlotte C CIV USARMY CHRA-SC (US) <charlotte.c.cloud.civ@mail.mil>; Copeland, Daryl E CIV USARMY CHRA-SC (US) <daryl.e.copeland.civ@mail.mil>; Fitzpatrick, Kimberly D CIV USARMY (US) <kimberly.d.fitzpatrick4.civ@mail.mil>; kevin.harper@afge.org; Matthews, Verge Jr. CIV USARMY AMCOM (US) <verge.matthews.civ@mail.mil>; Hill, Jacob Jr CIV USARMY (US) <jacob.hill.civ@mail.mil>; everett.kelley@afge.org; Schuff, Sharron J CIV USARMY (US) <sharron.j.schuff.civ@mail.mil>; Roach, Alexander H Jr CIV (US) <alexander.h.roach.civ@mail.mil>; Crawford, Jacqueline D CIV USARMY RDECOM AMRDEC (US) <jacqueline.d.crawford.civ@mail.mil>; Bailey, Cedric CIV USARMY SMDTC (US) <cedric.bailey.civ@mail.mil>; Perrin, Michelle Robinson CIV USARMY LOGSA (US) <michelle.r.perrin.civ@mail.mil>; Pate, Jessica L CIV DLA AVIATION (US) <jessica.pate@dla.mil>; Norman, Leisa A CIV USARMY USAG (US) <leisa.a.norman.civ@mail.mil>; Shoulders, Randy R CIV (US) <randy.r.shoulders.civ@mail.mil>; Stanford, Sherry J CIV USARMY MEDCOM FAHC (US) <sherry.j.stanford.civ@mail.mil>; Smith, Michelle M CIV USARMY SMDC (US) <michelle.m.smith21.civ@mail.mil>; david.hawthorne@alumni.uah.edu; david.hawthorne@huskers.unl.edu; Caruthers, Rufus B Jr CIV USARMY IMCOM HQ (US) <rufus.b.caruthers.civ@mail.mil>
Subject: Retaliation EEO Complaint against Abner Merriweather, AFGE Local 18S8 Executive board, AFGE 5th District and Army Agency (UNCLASSIFIED)

CLASSIFICATION: UNCLASSIFIED

Ms. Cammon,
I'm on my break and wanted to let you know that I would like to file an additional base complaint of retaliation against the Agency and/or AFGE Local 1858 and/or AFGE 5th District for claims of creating a hostile and intimidating work environment along with ENDEAVORS TO INFLUENCE me to drop my sexual harassment against Abner Merriweather complaint as outline in 18 U.S.C. §1505.

Abner Merriweather hired a law firm out of Birmingham Alabama, and that law firm sent me a certified letter (see attachment 10), telling me to that:

"This letter is written to you on behalf of Mr. Abner Merriweather, relative to certain FALSE ... ALLEGATIONS you made in email correspondence to Judge Mason Barrett and Victor R. Donovan on Wednesday May 31, at 11:52 AM."

But my allegations are not false and so there is no need to retract any statement as illustrated by Abner Merriweather counsel in any form what so ever.

The allegations which Abner Merriweather law firm has made against me illustrated in the 1st sentence of para 1 in attachment 10 are not false because Abner Merriweather, himself, as Illustrated in attachment 6, and attachment 7 for the full content of the text message listed attachment 6, said the statement is not false.

4

Looking at Abner Merriweather text to me at 3:50am on 05/31/2017 he explicitly says that EVERYTHING YOU SAID ABOVE IS CORRECT ... and everything I said is what I said in attachment 7.

So because everything I said above is correct, by Abner Merriweather own written correspondence, and what I said is that Abner Merriweather was and did sexually harass me, then my comments can't be false and therefor need not be retracted.

But what is not false is the obstruction of justice and threat to intimidate a witness participating in a legal federal investigation proceeding. As such I am asking the EEO office to add the claim of obstruction of Justice, pursuant to attachment 10 from Abner Merriweather legal team, and against Abner Merriweather, AFGE Local 1858, AFGE 5th District and the Army Agency as relates to violations of:

18 U.S.C. §1505
42 USC 2000e-3 et seq,
42 USC 2000e-2 et seq,
18 USC 1001 and that of
42 USC 1983

The obstruction of justice US Code giving the US Federal courts and agencies jurisdiction is identified by those US code above.

As defined the 18 U.S.C. §1505 statue states that:
Whoever, with intent to ... obstruct compliance, IN WHOLE OR IN PART, with any civil investigative demand duly and properly made under the Antitrust Civil Process Act ... OR WHOEVER ... BY ANY THREATENING LETTER OR COMMUNICATION INFLUENCES ... OR ENDEAVORS TO INFLUENCE( see attachment 10) ... the due and proper administration of the law under which any pending proceeding (that of the EEO/EEOC) is being had before any department(Army) or agency ( EEO/EEOC) of the United States ... shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both.

I would like to file these additional base complaints of retaliation against the Agency and/or AFGE Local 1858 for claims of creating a hostile, intimidation and/or creating a work environment pursuant to Title VII's 42 USC 2000e-3(a)There it states that:

It shall be an unlawful employment practice for an employer ... OR FOR A LABOR ORGANIZATION to discriminate ( retaliate) against ( see attachment 5, there it specifically states that I was being fired/removed because I filed Sexual Harassment complaint against Abner Merriweather) any member thereof ... because he/she has opposed any practice made an unlawful employment practice ( sexual harassment complaint filed with EEO office on Wednesday May 1, 2017)... or because he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this subchapter (Title VII).

I would also like to make the claim that the employer and/or AFGE local 1858 ( executive board as has been notified) and or the Army Agency participated in AFGE President and Army employee Abner Merriweather retaliation against me when they did not take proper action to restrict Abner Merriweather's duties as UNION President and /or Army Employee. This by attachment 4, 5 and 10 continued to create a hostile and intimidating work environment while also encouraging the union President and Army Employee Abner Merriweather obstruction relative to 18 U.S.C. §1505 as illustrated by the certified mail I received from current Union AFGE Local President Abner Merriweather legal team ( see attachment 10).

Knowing this what does this say about all the Army Sexual harassment training ... and awareness? The Army with the power to do something is letting this continue to happen, with their equipment, with access to their resources and on their dollar. The sexual harassment training seems like it actually means nothing ... and it is no wonder no one comes

5

forward with sexual harassment complaints as often as they should, especially men being sexually harassed by other perverted men.

I contend that on May 31, 2017 I made a sexual harassment complaint against Local 1858 Union President Abner Merriweather, I contend that I notified that EEOC judge on Wednesday, May 31, 2017 11:52 AM that I would like to have Local 1858 Union President and Army employee Abner Merriweather removed from my case as my representative explaining to the His honor the reason ( sexual harassment) for me removing Local 1858 Union President and Army employee Abner Merriweather from my EEOC case as representative ( see attachment 3 page 4).
I contend that on 06/13/2017 Local 1858 Union President and Army employee Abner Merriweather sent a correspondence to my command removing me from my appointed position of Assistant Vice President of AFGE Local 1858 (see attachment 4) for me making a sexual harassment complaint against him that was properly administrated by law pursuant to 42 USC 2000e-2 et seq.

I contend that on 06/14/2017 Local 1858 Union President and Army employee Abner Merriweather sent a letter to me notifying me that he was removing me from my appointed position of Assistant Vice President t of Age Local 185 because I filed sexual harassment charges against him (see attachment 5), which that removal of me for filing sexually harassment charges against Abner Merriweather is illicit pursuant to 42 USC 2000e-3 et seq.

I contend that I made a request to the AFGE 5th District Union president and other of the 5th District with over site of the AFGE Local here on the Redstone Arsenal of which Abner Merriweather is President, to removed/suspend Abner Merriweather as president until the conclusion of the EEO investigation (see attachment 8); I contend that this request was also made to the AFGE Local 1858 executive board and nothing was done as that said they did not know how to remove or suspend him. That they spend thousands and thousands of dollars .... Yet they claim they do not know how to suspend the Union president for deviant sexual harassing acts, until the conclusion of an investigation, fraud to say the least with the Union dollars.

I contend that in attachment 6 I stated the sexual harassment acquisition charges against Abner Merriweather, and the full content of my correspondence is illustrated in attachment 8, and that in Attachment 6 Abner Merriweather Agreed that EVERYTHING I STATED IN THAT COORSPONDANCE WAS IN FACT TRUE, but he did not like the way I said it, that he did not like the way I said to stop sexually harassing me, that he was asking me to cook and go on trips with him, that nowhere in that correspondence did Abner Merriweather state that he was playing, yet to the Judge he stated that he was playing, even after I explicit told him not to ply with me like that as illustrated in attachment 9.

I also contend that in a previous text messages ( attachment 9) I explicitly told Abner Merriweather that I do not like the Gay or homosexual jokes in ANY FORM OR FASHION to leave me out of the gay reference and gay jokes ( see attachment 9), yet in as early as May 2017 he continued to make reference to what I considered him calling me Boo Boo or introducing me as his Boo Boo, even when I explicitly told him that was offensive and sexual in nature to me and to stop, and it was in fact sexual harassment, and he agreed (see attachment 6).

I contend that since my remove and my filing a reprisal complaint with the EEO office that the AFGE Local Union Local Executive Board, AFGE 5th District and/or the Army Agency have left Abner in his official capacity of Army employee and/or AFGE Local 1858 Union president and since then Abner Merriweather has had access to my personal information via AFGE Local 1858 office and/or Army Agency and Abner Merriweather hired legal representatives have use my personal information to issue me baseless threats of civil action if I did not retract my Sexual Harassment Complaint, that their client has already were true, in fact tacitly colluding with and enabling Abner Merriweather, by accident or design, to violate the laws of 18 U.S.C. §1505, 42 USC 2000e-3et seq, and 42 USC 2000e-2et seq, 18 USC 1001 and that of 42 USC 1983.

\nd I also contend that I, with others, directly or indirectly, have contacted and filed a complaint with the Federal Breuer of Investigation FBI and the Department of Justice (DOJ) beyond the EEO complaint.

6

So Ms. Cammon please file this additional claim of Army Agency and/or AFGE Local 1858 Executive Board and/or AFGE 5th District creating a hostile and intimidation work environment pursuant attachment 10 letter from Abner Merriweather Legal office.

This correspondence is being fw to AFGE Local Executive Board members, members of CPAC and the EEO office personal.

Respectfully,

David Hawthorne, DML
Electrical Engineer
Juris Doctor (J.D.) candidate
1st year law student at
Northwestern California University School of Law LIBS/EDXRF Project Lead USAMC LOGSA, GSC AOAP
Phone: 256-955-7948 ...
david.hawthorne8.civ@mail.mil

Leadership:
The ultimate measure of leadership is
not where [a leader] stands in the moment of comfort and convenience, but where [a leader] stands in times of challenge and controversy ... Dr. Martin Luther King, Jr.
CLASSIFICATION: UNCLASSIFIED
CLASSIFICATION: UNCLASSIFIED
CLASSIFICATION: UNCLASSIFIED