exhibit L9

## Hawthorne, David CIV (US)

| | |
|---|---|
| **From:** | Bailey, Cedric CIV USARMY SMDTC (US) |
| **Sent:** | Sunday, January 28, 2018 6:52 PM |
| **To:** | Hawthorne, David CIV (US); david.hawthorne@alumni.uah.edu |
| **Subject:** | FW: Fwd: Allegations addressed by NVP Kelley |

Cedric Bailey
Electronics Engineer
Research & Advanced Concepts Division (SMDC-TCP-AR) Air & Missile Defense Directorate, Technical Center US Army SMDC/ARSTRAT
(256) 955-1428

This correspondence shall in no way be construed as direction to change any of the terms, conditions, delivery schedules, technical requirements or prices set forth in the contract/delivery order. If you believe that any of the information I give you or imply as a guarantee of any obligation on the Government, you shall immediately notify the Contracting Officer and the COR in writing, setting forth your rationale; and shall not perform any work associated with the alleged change.

-----Original Message-----
From: Cedric Bailey [mailto:cbailey781@gmail.com]
Sent: Sunday, January 28, 2018 6:49 PM
To: Bailey, Cedric CIV USARMY SMDTC (US) <cedric.bailey.civ@mail.mil>
Subject: [Non-DoD Source] Fwd: Allegations addressed by NVP Kelley

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

Sent from my iPhone X

Begin forwarded message:

> From: Theodora Stewart <tstewart401@yahoo.com < Caution-mailto:tstewart401@yahoo.com > >
> Date: July 5, 2017 at 10:24:59 PM CDT
> To: Thea Stewart <thea.stewart@smdc.army.mil < Caution-mailto:thea.stewart@smdc.army.mil > >
> Subject: Allegations addressed by NVP Kelley
> Reply-To: Theodora Stewart <tstewart401@yahoo.com < Caution-mailto:tstewart401@yahoo.com > >

1

Good Evening EB Members:

As the Assistant President of AFGE Local 1858, I know that some of you have voiced your concerns about the Union's responsibility to address Mr. Hawthorn's allegations against the Union President, Mr. Abner Merriweather. Therefore, I have reached out to 5th District, NVP Everett Kelley for advice/guidance on the way ahead for the Local. The information provided by Mr. Hawthorn to some of the EB members was also provided to the attorney for review and guidance. See email below from NVP Kelley in response to the way ahead for the EB.

It would be very much appreciated if you would refrain from sending any correspondence to either party (Mr. Merriweather or Mr. Hawthorn) regarding this matter.

Thanks for your patience and cooperation as we work through this situation. This email does not require a response.

Theodora Stewart
Assistant President
AFGE Local 1858


----- Forwarded Message -----
From: Everett Kelley <Kellee@afge.org < Caution-mailto:Kellee@afge.org > >
To: Theodore 5tewart <tstewart401@yahoo.com < Caution-mailto:tstewart401@yahoo.com > >
Sent: Tuesday, June 27, 2017 4:01 PM
Subject: Allegations


Good evening. Sorry for the delay.

Please ensure that the entire E-board gets this.

Good evening Theodore :
I sent all the documents to the National office seeking advice as it relates to brother Hawthorn's allegations.

If is the opinion of the Attorney after going through all the attachments that this does not rise to the level of unlawful sexual harassment.

The Attorney Indicated that some would say that there are no sexual connotations to the name "boo boo".

But even if there were, three times is not frequent and it is not severe/egregious.

2

It is my opinion that there is nothing for any of us to do at this time.

In Solidarity,

Dr. Everett Kelley
NVP AFGE District 5

"Injustice anywhere is a threat to justice everywhere."
~Dr. Martin Luther King Jr.~

In Solidarity,

Dr. Everett Kelley
NVP AFGE District 5

"Injustice anywhere is a threat to justice everywhere."
~Dr. Martin Luther King Jr.~